Argued September 9, 1980. Paul W. Kilgore, for appellant; William L. Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.

429 A.2d 753

Commonwealth v. Komance, Appellant.

Submitted June 13, 1980. Charles J. Aliano, for appellant; Edward P. Little, Jr., District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 754

Commonwealth v. Phillips a/k/a Africa, Appellant.

Submitted June 13, 1980. Vincent Ziccardi, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.